

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| MAX WELLS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | CAUSE NO. A-06-CA-126-LY |
| | § | |
| SMITHKLINE BEECHAM CORPORATION, | § | |
| | § | |
| DEFENDANT. | § | |

### DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL MOTION TO PRECLUDE PROPOSED EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF EVIDENCE 702 AND 703 AND FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), files this Unopposed Motion to File Under Seal its *Motion to Preclude Proposed Expert Testimony Pursuant to Federal Rules of Evidence 702 and 703 and for Summary Judgment* ("*Daubert/Havner* Motion"), and, in support, respectfully shows the Court as follows:

1. The *Daubert/Havner* Motion refers to deposition transcripts and other evidence that have been designated by one or more party as "Confidential" pursuant to the Court's October 23, 2007 Confidentiality and Protective Order ("Protective Order").

2. Pursuant to paragraph 14 of the Protective Order, documents identified by the parties as "Confidential" must be filed under seal. By separate motion, GSK has requested that certain depositions and documents referred to in its *Daubert/Havner* Motion be submitted under seal, and sealing the *Daubert/Havner* Motion itself is necessary to avoid disclosing information designated by one or more party as "Confidential."

3. In accordance with the Protective Order, the *Daubert/Havner* Motion will be provided to the Court under separate cover and should be filed under seal.

4. Counsel for GSK has conferred with counsel for the Plaintiff and was informed that Plaintiff does not object to this request.

## CONCLUSION AND PRAYER

For the foregoing reasons, Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline requests that the Court order that *Defendant's Motion to Preclude Proposed Expert Testimony Pursuant to Federal Rules of Evidence 702 and 703 and for Summary Judgment*, be filed under seal and grant GSK all other further relief to which it is entitled

65193805.1

Dated: July 15, 2008                     Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

_____
Stephanie A. Smith
State Bar No. 18684200
Stacey A. Martinez
State Bar No. 13144575
Marcy Hogan Greer
State Bar No. 08417650
600 Congress Avenue, Suite 2400
Austin, Texas 78701-2978
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

PHILLIPS LYTLE LLP

Cindy K. Bennes
Paul K. Stecker
Suite 3400, One HSBC Center
Buffalo, New York 14203
Telephone: (716) 847-8400
Facsimile: (716) 852-6100

*Counsel for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

## CERTIFICATE OF CONFERENCE

Counsel for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline conferred with counsel for Plaintiff on July 10, 2008, regarding *Defendant's Unopposed Motion to File Under Seal its Motion to Preclude Proposed Expert Testimony Pursuant to Federal Rules of Evidence 702 and 703 and for Summary Judgment*, and was informed that Plaintiff does not oppose the motion.

_____
Marcy Hogan Greer

65193805.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2008, I filed the original and one copy of the foregoing with the Clerk of Court and served copies on the following counsel of record by first-class U.S. mail, postage prepaid:

Tom Thomas
Tom Alleman
WINSTEAD SECHREST & MINICK P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

David Morris
WINSTEAD SECHREST & MINICK P.C.
401 Congress Avenue
Suite 2100
Austin, TX  78701

*Counsel for Plaintiff*

                                               /s/ Marcy Hogan Greer
                                               Marcy Hogan Greer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAX WELLS, | § § § | |
| PLAINTIFF, | § § | |
| vs. | § § | CAUSE NO. A-06-CA-126-LY |
| SMITHKLINE BEECHAM CORPORATION, | § § § § | |
| DEFENDANT. | § § | |

**ORDER GRANTING DEFENDANT'S MOTION TO FILE MOTION TO PRECLUDE PROPOSED EXPERT TESTIMONY PURSUANT TO FEDERAL RULES OF EVIDENCE 702 AND 703 AND FOR SUMMARY JUDGMENT UNDER SEAL**

Now before the Court is the Unopposed Motion of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline to File Under Seal its Motion to Preclude Proposed Expert Testimony Pursuant to Federal Rules of Evidence 702 and 703 and for Summary Judgment.

This Motion to File Under Seal is GRANTED.

The Clerk of the Court is ordered to file and maintain under seal Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline's Motion to Preclude Proposed Expert Testimony Pursuant to Federal Rules of Evidence 702 and 703 and for Summary Judgment until further order of this Court.

SIGNED AND ENTERED this _____ day of _____, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

65193805.1