IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 JUL 16 PM 4:44
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| MAX WELLS, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-06-CA-126-LY |
| § | |
| SMITHKLINE BEECHAM § | |
| CORPORATION, § | |
| § | |
| DEFENDANT. § | |
| § | |

## ORDER

Before the Court are Defendant's Unopposed Motion to File Under Seal Motion for Summary Judgment as to Causation (Clerk's Document 160), Defendant's Unopposed Motion to File Under Seal Motion to Preclude Proposed Expert Testimony Pursuant to Federal Rules of Evidence 702 and 703 and for Summary Judgment (Clerk's Document 162), and Defendant's Unopposed Motion to File Under Seal Motion for Summary Judgment as to Preemption (Clerk's Document 164), all filed July 15, 2008. Having reviewed the motions, the Court will deny them.

**IT IS ORDERED** that Defendant's Unopposed Motion to File Under Seal Motion for Summary Judgment as to Causation (Clerk's Document 160), Defendant's Unopposed Motion to File Under Seal Motion to Preclude Proposed expert Testimony Pursuant to Federal Rules of Evidence 702 and 703 and for Summary Judgment (Clerk's Document 162), and Defendant's Unopposed Motion to File Under Seal Motion for Summary Judgment as to Preemption (Clerk's Document 164) are **DENIED.**

**IT IS FURTHER ORDERED** that **on or before Friday, July 25, 2008,** Defendant may

withdraw its motions, redraft same to omit any information protected by the parties' Protective Order, and refile such motions.

SIGNED this **16th** day of July, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

2