IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 JUL 31 PM 1: 22
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| MAX WELLS, § § § PLAINTIFF, § § vs. § SMITHKLINE BEECHAM § CORPORATION, § § DEFENDANT. § § | CAUSE NO. A-06-CA-126-LY |

## ORDER

ON THIS DAY, the Court considered the Unopposed Motion of the Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline to Withdraw Substantive Motions Submitted Under Seal. The Court finds that the Motion should be GRANTED.

IT IS ORDERED that Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline is granted LEAVE to withdraw the following motions submitted to the Court under seal so that it can refile these motions in the Court's record:

(i) Motion for Summary Judgment as to Causation;

(ii) Motion to Preclude Proposed Expert Testimony Pursuant to Federal Rules of Evidence 702 and 703 and for Summary Judgment; and

(iii) Motion for Summary Judgment as to Preemption.

The Clerk is ORDERED to release these documents to the representative for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

SIGNED this 31st day of July, 2008.

LEE YEAKEL

65195843.1

- 1 -

- 2 -

UNITED STATES DISTRICT JUDGE